1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
CLIFTON MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. F 08-263 LJO |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION TO REDUCE** |
| | ) **SENTENCE PURSUANT TO 18 U.S.C.** |
| v. | ) **§ 3582(c)(2); [lodged] ORDER** |
| CLIFTON MYERS, | ) **RETROACTIVE CRACK COCAINE** |
| | ) **REDUCTION CASE** |
| Defendant. | ) |
| | ) Judge: LAWRENCE J. O'NEILL |

Defendant, CLIFTON MYERS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kimberly A. Sanchez, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. By judgment dated April 23, 2009, this Court sentenced Mr. Myers to a term of imprisonment of 96 months based on the government's motion;

3. The sentencing range applicable to Mr. Myers was subsequently lowered by the United States Sentencing Commission in Amendment 750;

4. Mr. Myers' new total offense level has been reduced from 31 to 29, and a sentence at the low end of the new guideline range with a departure comparable to the reduction he received at the original sentencing would be 70 months;

5. Accordingly, the parties request the court enter the order lodged reducing Mr. Myers' term of imprisonment to a term of 70 months.

Dated: January 9, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>CLIFTON MYERS |

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-2-

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Myers is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the total offense level from 31 to 29, and a sentence at the low end of the new guideline range with a departure comparable to the reduction he received at the original sentencing would be 70 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on November 25, 2009 is reduced to a term of 70 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Myers shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:　　January 9, 2012**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE