# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> Clifton Myers | ) <br> ) Case No: 1:08-cr-00263-002 <br> ) USM No: 64141-097 <br> ) |
| Date of Original Judgment: 4/17/2009 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) David M. Porter <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   96 months   months **is reduced to**   70 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  4/17/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   1/12/2012              /s/ Lawrence J. O'Neill
                                            *Judge's signature*

Effective Date:  _____          Lawrence J. O'Neill, United States District Judge
*(if different from order date)*          *Printed name and title*